LTL ATTORNEYS LLP
Eugene Hahm (SBN 167596)
  eugene.hahm@ltlattorneys.com
James M. Lee (SBN 192301)
  james.lee@ltlattorneys.com
300 S. Grand Avenue, 14th Floor
Los Angeles, California 90017
Tel.: 213-612-8900
Fax: 213-612-3773

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MAESTAS,<br><br>          Plaintiff,<br><br>     v.<br><br>WAL-MART STORES, INC.,<br><br>          Defendant. | CASE NO.: 2:16−CV−02597−KJM−KJN<br><br>**STIPULATION AND ORDER RE: PLAINTIFF'S FIRST AMENDED COMPLAINT AND EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Complaint served: November 17, 2016<br><br>Current response date: January 5, 2017<br><br>First Amended Complaint submission date: January 13, 2017 |

Plaintiff Larry Maestas ("Plaintiff") and Defendant Wal-Mart Stores, Inc. ("Defendant") hereby stipulate as follows:

1. On November 17, 2016, Plaintiff served its summons and complaint on Defendant.

2. On December 5, 2016, pursuant to Local Rule 144, the parties filed a stipulation extending Defendant's deadline respond to Plaintiff's complaint until January 5, 2017 (Dkt. No. 5).

3. On December 15, 2016, pursuant to the Court's standing order (Dkt. No. 3-1, p. 3), the parties met and conferred regarding Defendant's intention to file a pleadings motion as its response to Plaintiff's complaint.

4. In the interest of judicial economy, and to avoid any unnecessary motion practice, the parties agreed that Plaintiff would submit an amended complaint to address Defendant's contentions by no later than January 13, 2017, and that Defendant's response would be due thirty (30) days after the filing of the amended complaint.

5. This is the parties' second request to extend Defendant's time to respond to Plaintiff's complaint.

NOW, THEREFORE, by and through their respective counsel of record, the parties hereby stipulate and agree that Plaintiff shall file a first amended complaint in Case No. 2:16−CV−02597−KJM−KJN by no later than January 13, 2017, and Defendant's response to Plaintiff's first amended complaint shall be due no later than thirty (30) days after the filing of the amended complaint.

///
///
///
///
///
///

DATED: January 4, 2017          LTL ATTORNEYS LLP

By /s/ James M. Lee
Eugene Hahm
James M. Lee
Attorneys for Defendant
Wal-Mart Stores, Inc.

DATED: January 4, 2017          LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By /s/ Todd M. Friedman (as authorized on 01/04/2017)
Todd M. Friedman
Attorney for Plaintiff
Larry Maestas

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: January 5, 2017.

UNITED STATES DISTRICT JUDGE

3