IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MAESTAS**, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.**,** | Case No. 2:16-cv-02597-KJM-KJN<br><br>ORDER GRANTING JOINT STIPULATION FOR LEAVE FOR PLAINTIFF TO FILE THIRD AMENDED COMPLAINT AND TO MODIFY SCHEDULING ORDER<br><br>[Hon. Kimberly J. Mueller] |

**IT IS HEREBY ORDERED,** good cause appearing, that:

1. Plaintiff is granted leave to file the Third Amended Complaint, attached to the Stipulation for leave to amend as Exhibit A.
2. The Third Amended Complaint shall be filed in accord with the Local Rules within fourteen (14) days of this Order.
3. Defendants shall file an answer or otherwise respond to the Third Amended Complaint within twenty-eight (28) days after it is filed and served.

/////

/////

/////

**ORDER GRANTING JOINT STIPULATION FOR LEAVE FOR PLAINTIFF TO FILE THIRD AMENDED COMPLAINT AND TO MODIFY SCHEDULING ORDER**

-1-

4. The Scheduling Order is further modified as follows:

| Motion | Current Date | New Date |
|---|---|---|
| File Class Certification Motion | January 19, 2018 | **May 25, 2018** |
| Opposition to Class Certification Motion | February 23, 2018 | **June 29, 2018** |
| Reply to Class Certification Motion | March 9, 2018 | **July 13, 2018** |
| Hearing for Class Certification Motion | April 6, 2018 | **August 10, 2018 At 10:00 a.m.** |
| Expert Disclosure (Initial) | January 5, 2018 | **May 11, 2018** |
| Completion of Opening Expert Witness Depositions | February 9, 2018 | **June 15, 2018** |
| Expert Disclosure (Rebuttal) | February 16, 2018 | **June 22, 2018** |
| Completion of Rebuttal Expert Witness Depositions | March 2, 2018 | **July 6, 2018** |
| All Discovery Cut-off | July 20, 2018 | **November 23, 2018** |
| Private Mediation | April 27, 2018 | **August 31, 2018** |

**IT IS SO ORDERED.**

DATED: June 12, 2017.

_____
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING JOINT STIPULATION FOR LEAVE FOR PLAINTIFF TO FILE THIRD AMENDED COMPLAINT AND TO MODIFY SCHEDULING ORDER**
**-2-**