1 LTL ATTORNEYS LLP
Eugene Hahm (SBN 167596)
2   eugene.hahm@ltlattorneys.com
James M. Lee (SBN 192301)
3   james.lee@ltlattorneys.com
300 S. Grand Ave, 14th Floor
4 Los Angeles, California 90017
Tel.: 213-612-8900
5 Fax: 213-612-3773

6 Attorneys for Defendant
WAL-MART STORES, INC.

7

8

9                   UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MAESTAS,<br><br>        Plaintiff,<br><br>  v.<br><br>WAL-MART STORES, INC.,<br><br>        Defendant. | CASE NO.: 2:16−CV−02597−KJM−KJN<br><br>**STIPULATION AND ORDER RE: EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>Complaint served: November 17, 2016<br><br>Current response date: July 21, 2017<br><br>Third Amended Complaint submission date: June 23, 2017 |

Plaintiff Larry Maestas ("Plaintiff") and Defendant Wal-Mart Stores, Inc. ("Defendant") hereby stipulate as follows:

1. On June 23, 2017, Plaintiff filed his Third Amended Complaint.

2. Defendant's response to the Third Amended Complaint is currently due on July 21, 2017.

3. Because of conflicts with Defendant's counsel's personal schedule, and in order to allow the parties to further meet and confer regarding a possible pleadings motion in response to Plaintiff's complaint, the parties hereby stipulate to an additional two-week extension for Defendant to file its response to the Third Amended Complaint.

NOW, THEREFORE, by and through their respective counsel of record, the parties hereby stipulate and agree that Defendant's response to the Third Amended Complaint shall be filed and served no later than August 4, 2017.

DATED: July 21, 2017        LTL ATTORNEYS LLP

By_____
Eugene Hahm
James M. Lee
Attorneys for Defendant
Wal-Mart Stores, Inc.

DATED: July 21, 2017        LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By_____
Todd M. Friedman
Attorney for Plaintiff
Larry Maestas

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
2 |
3 | DATED: July 21, 2017
4 | (nunc pro tunc)
5 | _____
6 | UNITED STATES DISTRICT JUDGE
7 |
8 |
...
28|