IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| LARRY MAESTAS**, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., | Case No. 2:16-cv-02597-KJM-KJN<br><br>ORDER GRANTING **JOINT STIPULATION TO MODIFY SCHEDULING ORDER BY NINETY (90) DAYS AND EXTEND TIME TO ANSWER BY TWENTY ONE (21) DAYS**<br><br>[Hon. Kimberly J. Mueller] |
|---|---|

**IT IS HEREBY ORDERED,** good cause appearing, that:

1. Defendant shall file an answer on or before May 9, 2018.
2. The Scheduling Order is further modified as follows:

|  | Current Date | **New Date** |
|---|---|---|
| File Class Certification Motion | May 25, 2018 | August 24, 2018 |
| Opposition to Class Certification Motion | June 29, 2018 | September 28, 2018 |

**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER**

**-1-**

| | | |
|---|---|---|
| Reply to Class Certification Motion | July 13, 2018 | October 12, 2018 |
| Hearing for Class Certification Motion | August 10, 2018 | November 16, 2018 at 10:00 a.m. |
| Expert Disclosure (Initial) | May 11, 2018 | August 10, 2018 |
| Completion of Opening Expert Witness Depositions | June 15, 2018 | September 14, 2018 |
| Expert Disclosure (Rebuttal) | June 22, 2018 | September 21, 2018 |
| Completion of Rebuttal Expert Witness Depositions | July 6, 2018 | October 05, 2018 |
| All Discovery Cut-off | November 23, 2018 | February 22, 2019 |
| Private Mediation | August 31, 2018 | November 30, 2018 |

**IT IS SO ORDERED.**

DATED: April 23, 2018

_____
UNITED STATES DISTRICT JUDGE