LTL ATTORNEYS LLP
David W. Ammons (SBN 187168)
  david.ammons@ltlattorneys.com
300 S. Grand Ave, 14th Floor
Los Angeles, California 90071
Tel.: 213-612-8900 / Fax: 213-612-3773

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MAESTAS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WAL-MART STORES, INC.,<br><br>　　　　　Defendant. | CASE NO.: 2:16−CV−02597−KJM−KJN<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR THE PARTIES TO FILE DISPOSITIONAL DOCUMENTS WITH THE COURT** |

| | |
|---|---|
| 1 | WHEREAS the parties resolved this matter by oral agreement on or about May 1, 2018; |
| 2 | WHEREAS the parties notified the Court of this resolution on May 8, 2018; |

WHEREAS the parties resolved this matter by oral agreement on or about May 1, 2018;

WHEREAS the parties notified the Court of this resolution on May 8, 2018;

WHEREAS the Court on May 8, 2018 ordered that the parties file dispositional documents with the Court by May 25, 2018;

WHEREAS the parties continue to prepare the dispositional documents, but are concerned that they will not be able to meet the May 25, 2018 deadline ordered by the Court;

WHEREAS no previous extensions have been requested with respect to this deadline;

IT IS HEREBY STIPULATED AND AGREED that, pursuant to Civil Local Rule 144(a), that the parties shall have until June 4, 2018 to file dispositional documents with the Court.

DATED: May 21, 2018               LTL ATTORNEYS LLP


By:   */s/ David Ammons*
       David W. Ammons
       Attorneys for Defendant
       Wal-Mart Stores, Inc.

DATED: May 21, 2018               Law Offices of Todd M Friedman, P.C.


By:   */s/ Tom Wheeler* (as authorized on 5/21/18)
       Tom Wheeler
       Attorneys for Plaintiff Larry Maestas


**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED:  May 22, 2018.

_____
UNITED STATES DISTRICT JUDGE

1
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR THE PARTIES TO FILE
DISPOSITIONAL DOCUMENTS WITH THE COURT